In the Matter of SAMUEL J. KRINN and FRED JACOBS, Appellants, for an Order of Mandamus against S. HOWARD COHEN and Others, Respondents, and JAMES J. FITZGERALD and LOUIS A. SCHOFFEL, Impleaded, Respondents. Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH S. ISRAEL and Others against S. HOWARD COHEN and Others, and ISRAEL J. P. ADLERMAN and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of SAMUEL J. KRINN and FRED JACOBS against S. HOWARD COHEN and Others, and JAMES J. FITZGERALD and LOUIS A. SCHOFFEL.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID GEORGE PASTON against S. HOWARD COHEN and Others, and EDWARD J. FLYNN, as Secretary of State of the State of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DANIEL VONA, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, MORTON BAUM and I. ARNOLD ROSS, Respondents.*— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent. [150 Misc. 649.]

In the Matter of the Application of ALFRED E. HERZ, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, Impleaded with SAMUEL ECKER and EDWARD A. NEYLAN, Respondents.†— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROSE VILLANI and CARMELA VILLANI, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.‡— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered to the sum of $7,198.50; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [147 Misc. 401.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. McWILLDER BUILDING CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ADAMS BROADCASTING SERVICE, INC., Respondent, v. CONSOLIDATED CIGAR CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.